# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JUDAH MAY,<br><br>                    Defendant. | 2:08-CR-00012-PMP-GWF<br><br>**ORDER** |

     Before the Court for consideration are Defendant May's First Motion to Suppress Evidence (Doc. #20) filed May 23, 2008, and Defendant May's Second Motion to Suppress Evidence (Doc. #52) filed November 26, 2008.  On May 8, 2009, the Honorable George W. Foley, Jr., United States Magistrate Judge, entered an Order and Findings and Recommendation (Doc. #65) recommending that Defendant May's  Motions (Doc.'s #20 and #52) be denied.  On May 26, 2009, Defendant Judah May filed his Objection thereto (Doc. #66) .

     The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and

determines that Magistrate Judge Foley's Order and Findings and Recommendation (Doc. #65) be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant May's Objection (Doc. #66) are Overruled and Magistrate Judge Foley's Order and Findings and Recommendation (Doc. #65) are AFFIRMED.

**IT IS FURTHER ORDERED that** Defendant May's Motions to Suppress Evidence (Doc.'s #20 and #52) are DENIED.

DATED: May 29, 2009.

_____
PHILIP M. PRO
United States District Judge